```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

|  |  |
|---|---|
| IRENEUSZ ZIEMKIEWICZ, :  <br>  :  <br>    Plaintiff, :  <br>  :  <br>       v. :  <br>  :  <br> R+L CARRIERS, INC. et al., :  <br>  :  <br>    Defendants. :  <br>  : | Civil Action No.  <br>12-1923 (RMB/AMD)  <br>  <br>**ORDER** |

THIS MATTER coming before the Court upon its own motion that this case be transferred to another United States District Court pursuant to 28 U.S.C. § 1404(a); and

THE COURT having considered the parties' submissions, and all accompanying materials; and

FOR THE REASONS set forth in the Opinion issued herewith,

IT IS on this, the **8th** day of **February**, hereby **ORDERED** that this matter is transferred to the United States District Court for the District of Maryland.

s/Renée Marie Bumb<br>
RENÉE MARIE BUMB<br>
UNITED STATES DISTRICT JUDGE