```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

|  |  |
|---|---|
| IRENEUSZ ZIEMKIEWICZ,   :  | |
| : | Civil Action No. |
| Plaintiff,   : | 12-1923 (RMB/AMD) |
| : | |
| v.   : | |
| : | **ORDER** |
| R+L CARRIERS, INC. et al.,   : | |
| : | |
| Defendants.   : | |

THIS MATTER coming before the Court upon its own motion that this case be transferred to another United States District Court pursuant to 28 U.S.C. § 1404(a); and

THE COURT having considered the parties' submissions, and all accompanying materials; and

FOR THE REASONS set forth in the Opinion issued herewith,

IT IS on this, the **8th** day of **February**, hereby **ORDERED** that this matter is transferred to the United States District Court for the District of Maryland.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE